UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER ALBRECHT and
AARON ALBRECHT,

      Plaintiffs,

v.

                          Case No. 12-11429
                          Hon. Gerald E. Rosen

FORT DODGE ANIMAL HEALTH, INC.
and PFIZER CORPORATION,

      Defendants.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         March 6, 2013

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

    The Court having this date issued an opinion and order granting Defendants'

motion to dismiss Plaintiffs' complaint,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that this case is DISMISSED.

                                        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

Dated: March 6, 2013

12-11429 Albrecht v. Fort Dodge Animal Health, Inc., et al<br>
Judgment of Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager